UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AARON SLEDGE,<br><br>            Plaintiff,<br><br>  v.<br><br>CHARLES DANIELS, *et al.*,<br><br>            Defendants. | Case No. 3:23-CV-00140-ART-CLB<br><br>**ORDER RE: SERVICE OF PROCESS** |

On October 23, 2024, the Court ordered the Office of the Attorney General to submit under seal a status report regarding Defendant Edward Peterman's address so that Plaintiff may carry out service of process. (ECF No. 21.) Accordingly, the Office of the Attorney General filed the last known address of **Edward Peterman** under seal. (ECF No. 23.) Thereafter, the Court ordered that the Clerk issue summons for the above-named Defendant and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 24.) It appears, however, that the Clerk incorrectly issued the summons without placing the Defendant's address under seal as directed. (*See* ECF No. 25.)

Accordingly, the summons issued at ECF No. 25 is hereby **STRICKEN**. The Clerk shall **RE-ISSUE** a summons for the above-named Defendant and send the same to the U.S. Marshal with the address provided <u>under seal</u>. (ECF No. 23.) The Clerk shall also **SEND** sufficient copies of the complaint, (ECF No. 4), the screening order, (ECF No. 3), and this order to the U.S. Marshal for service on the Defendant. The Court will separately provide the U.S. Marshal a completed USM 285 form for the Defendant.

Plaintiff is reminded that if the above-named Defendant is not served by **February 3, 2025**, he will be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**DATED**: November 21, 2024.

_____
**UNITED STATES MAGISTRATE JUDGE**