UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AARON SLEDGE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHARLES DANIELS, *et al.*,<br><br>　　　　Defendants. | Case No. 3:23-CV-00140-ART-CLB<br><br>**ORDER RE: PLAINTIFF'S MARCH 31, 2025 MOTION FOR SUMMARY JUDGMENT, ECF NO. 37** |

On February 24, 2025, Plaintiff Aaron Sledge ("Sledge") filed a Motion for Summary Judgment. (ECF No. 31.) Defendants responded to Sledge's Motion on March 17, 2025 ("Defendants' Response"). (ECF No. 35.) Sledge's Reply to Defendants' Response was due no later than March 31, 2025. Motions for summary judgment were due no later than March 7, 2025. (ECF No. 30.)

On March 31, 2025, Sledge filed what is titled and docketed as a "Motion for Summary Judgment." (ECF No. 37.) Based on the Court's review of Sledge's filing, Sledge appears to reply to arguments raised in Defendants' Response. (*See id.*)

As the due date for filing motions for summary judgment expired on March 7, 2025, and based on Sledge's attempt to reply to Defendants' Response, the Court finds that Sledge's March 31, 2025 filing will be treated as his Reply to Defendants' Response and it will not consider this filing as a new motion for summary judgment. As such, the Court finds that Sledge's Motion for Summary Judgment, (ECF No. 31), and Defendants' Motion for Summary Judgment, (ECF No. 32), are fully briefed and ready for the Court's review. The Court will not accept any further briefing on either motion for summary judgment at this time.

**IT IS SO ORDERED.**

**DATED**: April 1, 2025.

_____
UNITED STATES MAGISTRATE JUDGE