UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AARON SLEDGE,<br><br>                              Plaintiff,<br>   v.<br>CHARLES DANIELS, *et al.*,<br>                              Defendants. | Case No. 3:23-cv-00140-ART-CLB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION<br>(ECF No. 40) |

      Aaron Sledge brings this case against Defendants Charles Daniels, Kody Holloway, Kyle Olsen, and Robert Suwe under 42 U.S.C. § 1983 for denial of his Fourteenth Amendment due process rights. Sledge and Defendants both moved for summary judgment, responded to one another's motions, and replied. Magistrate Judge Carla Baldwin issued a report and recommendation (R&R) recommending denying Sledge's motion and granting Defendants' motion. (ECF No. 40.)

      Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1)(C). Where, as here, neither party objects to a magistrate judge's recommendation, the district court is not required to perform any review of that judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

      Judge Baldwin found that Sledge presented no genuine issues of material fact on whether Sledge received written notice of his disciplinary hearing, whether he received an opportunity to review and present evidence, and whether each of the Defendants personally participated in the case. (ECF No. 40 at 9–15.) Judge Baldwin also found that Sledge's motion did not provide a basis for granting summary judgment. (*Id.* at 16.)

      Sledge has not objected to Judge Baldwin's R&R, and his time to do so has

1 now expired. (*Id.* at 7.)

2     The Court agrees with Judge Baldwin's reasoning and adopts her R&R in full.

4     It is therefore ordered that Judge Baldwin's report and recommendation (ECF No. 14) is adopted in full.

6     It is further ordered that Plaintiff Aaron Sledge's motion for summary judgment (ECF No. 31) is denied.

8     It is further ordered that Defendants' motion for summary judgment (ECF No.32) is granted.

10     The Court instructs the Clerk to enter judgment in favor of Defendants and close the case.

13     Dated this 13th day of May 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE